UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ESTATE OF DONALD J. HOUSEY,
through personal representative,        Case No.    10-11445
MITCHELL J. HOUSEY,
                                        HONORABLE AVERN COHN
        Plaintiff,

v.

MARK S. SWITALSKI and
KATHRYN GEORGE,

        Defendants.
_____/

## JUDGMENT

For the reasons stated in the Memorandum and Order entered on May 15, 2012, judgment is entered in favor of defendants Mark S. Switalski and Kathryn George and against plaintiff and the case is DISMISSED.

                                        DAVID WEAVER

Dated: May 15, 2012        By: s/Julie Owens
                               Deputy Clerk


I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, May 15, 2012, by electronic and/or ordinary mail.

                        S/Julie Owens
                        Case Manager, (313) 234-5160